UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SAMIRA MINDEEL, CIVIL NO. 00-1643 (DSD/JMM)

Plaintiff,

v. ORDER

WAL-MART STORES INC. and,
EMPLOYEE ROCHELLE HARPER,

Defendants.

The above matter came on for hearing before the undersigned on December 5, 2000 upon Plaintiff's Motion to Amend Complaint [Docket No. 8]. Robert Owens, Esq. appeared on behalf of Plaintiff; Andrew Marshall, Esq. appeared on behalf of Defendants.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion is granted for the reasons placed on the record. Plaintiff shall promptly file the Amended Complaint and shall cause the Amended Complaint to be served upon Defendant Rochelle Harper no later than January 1, 2001. Defendant Wal-Mart Stores, Inc. may Answer the Amended Complaint or may stand on its Answer already filed.

Dated: December 6, 2000

JOHN M. MASON
United States Magistrate Judge

DEC 06 2000