**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Samira Mindeel,

Plaintiff,

vs.

Wal-Mart Stores, Inc. and
Employee "Rochelle Doe,"

Defendants.

Civil File No. 00-1643 (DSD/JMM)

**STIPULATION TO EXTEND DISCOVERY DEADLINE AND ORDER**

The parties, through their respective undersigned counsel, hereby agree that the deadline for defendant to disclose the identity of expert witnesses, accompanied by the written report prepared and signed by the expert witness in this case may be extended to April 30, 2001, and request that the Court amend the Pretrial Scheduling Order to reflect the same.

**OLIVE, TABER & OWENS, P.A.**

Dated: 3/23/01

By [signature]
Robert W Owens, Jr. (License #146833)
Attorneys for Plaintiff
300 Highland Bank Building
5270 West 84th Street
Minneapolis, MN 55437
(952) 831-0733

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 3/19/01

By [signature]
Andrew L. ~~Marshall~~ (License #176849)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

APR 02 2001
CLERK
JUDGMENT ENT'D
DEPUTY CLERK

# ORDER

**WHEREAS** the parties have agreed to an extension of the deadline for defendant to disclose the identity of expert witnesses, accompanied by the written report prepared and signed by the expert witness, through April 30, 2001, it is hereby ordered that:

1. Defendant's disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be completed on or before April 30, 2001.

2. The Court's Pretrial Scheduling Order dated August 16, 2000, is hereby amended to reflect the same.

**BY THE COURT:**

Dated: 4/2, 2001.

John M. Mason
United States Magistrate Judge

278525.WPD