UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Samira Mindeel,

Plaintiff,

vs.

Wal-Mart Stores, Inc. and
Employee "Rochelle Doe,"

Defendants.

Civil File No. 00-1643 (DSD/JMM)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective undersigned attorneys, that the above-entitled action may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered pursuant hereto.

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 11/24/01

By [signature]
Andrew L. Marshall (License #176849)
Attorneys for Defendants
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

FILED 12-3-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-3-01
DEPUTY CLERK ______

**OLIVE TABER & OWENS, P. A.**

Dated: November 1, 2001

By ______________________
Robert W. Owens Jr. (License #146833)
Attorneys for Plaintiff
300 Highland Bank Building
5270 West 84th Street
Minneapolis, MN 55437
(952) 831-0733

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that, pursuant to the foregoing stipulation of the parties, judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**By the Court:**

Dated: December 3, 2001

By: ______________________
Judge of the District Court